**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 48 MAL 2023
                                  :
                    Respondent    :
                                  :     Petition for Allowance of Appeal
                                  :     from the Order of the Superior Court
        v.                        :
                                  :
                                  :
PATRICK LAMONTE HICKSON,          :
                                  :
                    Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.